# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HENDRIETTA SALTER, | : |
| Plaintiff, | : |
| v. | :     CA 11-00681-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of **$4,929.86** under the Equal Access to Justice Act.

**DONE** this the 31st day of January, 2013.

                                             s/WILLIAM E. CASSADY
                                             **UNITED STATES MAGISTRATE JUDGE**